MELVIN D. KINNEY, Appellant, *v.* DAVID M. DEVENDORF et al., Respondents.

*Kinney* v. *Devendorf,* 55 App. Div. 640, affirmed.
(Argued May 28, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 19, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Louis L. Waters* for appellant.

*Edwin Nottingham, I. R. Devendorf* and *H. W. Steele* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HOWARD HASBROUCK, as Trustee in Bankruptcy of the Estate of FRANCES S. DAVENPORT, Appellant, *v.* EMILY M. FOLLETT, as Trustee under the Will of ANN HENDERSON, Deceased, Respondent.

*Hasbrouck* v. *Follett,* 57 App. Div. 627, affirmed.
(Argued May 28, 1902; decided June 10, 1902.)

APPEAL from a judgment entered, in favor of defendant, March 22, 1901, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint.

*Herbert Noble* and *William B. Symmes, Jr.,* for appellant.

*William B. Putney* and *Edmonds Putney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: PARKER, Ch. J.